IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| BOBBY G. SHIELDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 121-147 |
| | ) | |
| LT. JASON HAGAN; JUDGE ANTHONY | ) | |
| TARNACKI; CORPORAL JANE CZAJKOSKI; | ) | |
| DR. GOWDY; DEPUTY JACOBSON; JEFF | ) | |
| JOHNSON; PUBLIC DEFENDER OFFCE, Dawson | ) | |
| County; LT. MOORE; LT. TERESSA KIRBY; and, | ) | |
| SHERIFF ANDREW LOVING GOOD, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

Plaintiff filed this case in the Augusta Division of the Southern District of Georgia even though the named Defendants are located in Dawsonville, Georgia. (See doc. no. 1.) Because Defendants are located in Dawsonville, Georgia, the proper venue is the Gainesville Division of the Northern District of Georgia. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Northern District of Georgia, Gainesville Division. 28 U.S.C.§ 1406(a). The Court also **DIRECTS** the Clerk to forward the file to that District.

SO ORDERED this 21st day of September, 2021, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA